# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

RAYMOND MELANCON

VERSUS

LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND
CORRECTIONS

NO.   2025 CW 1278

**APRIL 8, 2026**

---

In Re:    Raymond Melancon, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge, No.
          752159.

---

**BEFORE:    THERIOT, BALFOUR, AND HAGGERTY,[1] JJ.**

   **WRIT DENIED.**

                         MRT
                         KEB
                         BDH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT

---

[1] **Haggerty, J.**, serving *pro tempore*, by special appointment of the Louisiana
Supreme Court.